**IT IS SO ORDERED**

*Judge James Ware*

UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| STEVE ZENONE | ) Case No.: C09-05810 |
| | ) |
| Plaintiff, | ) **ORDER TO SHOW CAUSE RE:** |
| | ) **SETTLEMENT** |
| vs. | ) |
| | ) |
| CREDITORS INTERCHANGE LLC, | ) |
| | ) |
| Defendant. | ) |

    On February 19, 2010, the Plaintiff notified the Court that the above-entitled matter has reached a settlement.  (See Docket Item No. 7.)  Plaintiff represents that he needs 40 days to complete the settlement and to file the appropriate dismissal.  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **April 16, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

    If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **April 26, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **April 16, 2010**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  April 1, 2010

_____
JAMES WARE
United States District Judge