1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4
   Attorneys for Plaintiff, STEVE ZENONE
5

6

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11
    STEVE ZENONE,                    )   Case No.: C09-05810 JW
12                                   )
             Plaintiff,              )   VOLUNTARY DISMISSAL
13                                   )
       v.                            )
14                                   )
    CREDITORS INTERCHANGE, LLC,      )
15                                   )
             Defendant.              )
16                                   )
                                     )
17  _____)

18
              **VOLUNTARY DISMISSAL WITH PREJUDICE**
19
         Plaintiff, STEVE ZENONE, by and through his attorneys, KROHN & MOSS, LTD.,
20
    hereby voluntarily dismisses the above-entitled case with prejudice.
21
    Dated: April 12, 2010                        KROHN & MOSS, LTD.
22

23
                                                 By:/s/ Ryan Lee .
24                                                  Ryan Lee
                                                    Attorneys for Plaintiff
25                                                  STEVE ZENONE

    **IT IS SO ORDERED**
    The Order to Show Cause Hearing set for April 26, 2010 is VACATED. The Clerk shall close
    this file.

                                                 _____
    Dated: April 15, 2010
                                                 United States District Judge